# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA, : No. 114 WAL 2017
             :
             Respondent : 
             : Petition for Allowance of Appeal from
             : the Order of the Superior Court
             v. :
             :
             :
ROBERT HUDSON, :
             :
             Petitioner :

## ORDER

**PER CURIAM**

     **AND NOW**, this 23rd day of August, 2017, the Petition for Allowance of Appeal is **DENIED**.